# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Cade Aaron Evans
Allen & Gooch, APLC
2000 Kaliste Saloom Road, #400
Lafayette LA 70508

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00138-CA consolidated with 139-CA**

**EDWARD D. GUTIERREZ**
**VERSUS**
**DAVID M. BALDRIDGE, ET AL.**

**Appealed from Lafayette Parish Case No. C-20091819 C/W C-20092962**

**BEFORE JUDGES:**

> **Hon. Oswald A. Decuir**
> **Hon. Jimmie C. Peters**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David M. Baldridge and A & A Construction, LLC** has this day

been

> **DENIED.**

cc: Burnice Gerald Weeks, Counsel for the Appellee